IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Scottsdale Insurance Company, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil No. 2:23-cv-01910-BHH |
| Hart et al, | ) ) ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

The Court having been advised by counsel for the parties that the above action has been settled, **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty days from the filing date of this order.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

September 14, 2023
Charleston, South Carolina